UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO STAPLETON,<br><br>                Plaintiff,<br><br>   v.<br><br>KELLER NORTH AMERICA INC.,<br><br>                Defendant. | Case No. C23-1612-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The parties have filed a stipulated motion for entry of a protective order, and provided to the Court a redlined comparison with the Court's Model Protective Order. (Dkt. # 22; *see* https://www.wawd.uscourts.gov/sites/wawd/files/ModelStipulatedProtectiveOrder%20CLEAN_2.1.23.pdf (last visited January 4, 2024).) The redlined version reveals that the parties have removed several portions of the Model Protective Order setting forth the parties' obligations pursuant to Local Civil Rule ("LCR") 5(g).[1] For example, in the section labeled 4.3 in the redlined version—but labeled (IV)(C) in the clean version—the parties removed a provision

---

[1] In addition, the redlined version contains typographical errors and numbering changes that render it unfaithful to the clean version.

MINUTE ORDER - 1

stating: "Local Civil Rule 5(g) sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal. A party who seeks to maintain the confidentiality of its information must satisfy the requirements of Local Civil Rule 5(g)(3)(B)[.]" (Dkt. # 22 at 3-4.)

On or before **January 12, 2024,** the parties are ORDERED to either: (1) provide an explanation for why deletion of provisions in the Model Protective Order setting forth their duties under LCR 5(g) is appropriate in this case; or (2) to strike their pending stipulated motion and file another consistent with the Model Protective Order.

Dated this 5th day of January, 2024.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2