UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEO STAPLETON,<br><br>    Plaintiff,<br><br> v.<br><br>KELLER NORTH AMERICA INC.,<br><br>    Defendant. | Case No. C23-1612-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 10, 2025, the parties filed a stipulated motion to extend the expert witness report deadline from March 17 to April 7, 2025; the rebuttal expert disclosures deadline from April 24 to May 15, 2025; and the dispositive and *Daubert* motions deadline from May 29 to June 19, 2025. (Dkt. # 40; *see* dkt. ## 35, 37.) The parties neglect to consider the effect the requested extension would have on later deadlines. For example, dispositive motions filed June 19, 2025, would not be ripe for the Court's consideration before July 17, 2025, three days after the parties' *motions in limine* are due. (*See* dkt. # 35.) This would also give the Court an

MINUTE ORDER - 1

unacceptably abbreviated time to consider dispositive motions before the pretrial conference scheduled for August 1, 2025. (*See id.*) Accordingly, the parties' motion (dkt. # 40) is DENIED.

Dated this 11th day of March, 2025.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2