# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEO STAPLETON,<br><br>Plaintiff(s),<br><br>v.<br><br>KELLER NORTH AMERICA INC,<br><br>Defendant(s). | CASE NO. 2:23−cv−01612−MLP<br><br>DISMISSAL ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED The 9th of June 2025

_____
MICHELLE L. PETERSON
United States Magistrate Judge